No. 234. REYNOLDS *v.* ROLL, DISTRICT ATTORNEY. District Court of Appeal of California, Second Appellate

833

District. Certiorari denied. *Morris Lavine* for petitioner.